UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO VIDAL, SANDRA SCHARAS, BRITTANY PAUGH,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS HERNDON, MARY KAY HULTHUS, CYNTHIA SOUCHAK, BENJAMIN NADIG, STEVE SISOLAK, SHERIFF JOE LOMBARDO,<br><br>Defendants. | Case No. 2:20-cv-00442-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Court to Excuse Delays and Motion for Courts Recent Orders or Recommendations be Resent to New Address. ECF No. 5. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Court to Excuse Delays and Motion for Courts Recent Orders or Recommendations be Resent to New Address (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall update Plaintiff's address on the Court's docket.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff, at his new address, the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application. The Clerk of Court shall also send Plaintiff a copy of his Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that on or before **September 17, 2021**, Plaintiff shall either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **September 17, 2021**, the Court will recommend dismissal of this action **without prejudice** for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

Dated this 20th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE